ROSE MOREE and Another, Respondents, v. H. C. BOHACK Co., INC., Appellant.— Action by plaintiff Rose Moree to recover damages for personal injuries sustained when her heel caught in a hole in the floor of defendant's store, causing her to fall. Also action by her husband to recover for loss of services. Judgment for both plaintiffs. Judgment affirmed, with costs. No opinion. Hagarty,

Scudder and Davis, JJ., concur; Lazansky, P. J., with whom Kapper, J., concurs, dissents and votes for reversal upon the ground that the determination of the jury is against the weight of the evidence.